# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Mahoney, Kelly K.E. | 2. Court or Organization  Northern District of Iowa | 3. Date of Report  05/15/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge, full time | **5a. Report Type** (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual   ☐ Final  **5b.** ☐ Amended Report | **6. Reporting Period**  01/01/2019  **to**  12/31/2019 |

**7. Chambers or Office Address**

320 Sixth Street, Suite 104
Sioux City, IA 51101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family trust holding primary residence (see explanation in Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Jordan & Mahoney Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Iowa State Bar Association | 12/12/2019 to 12/13/2019 | Des Moines, Iowa | Federal Practice Seminar (panel speaker) | lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mahoney, Kelly K.E.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WCF Bank | Timeshare | J |
| 2. | NAVIENT | Student loan #1 | K |
| 3. | NAVIENT | Student loan #2 | K |
| 4. | WCF Bank | Rental property #1, Boone County, Iowa (Part VII, line 4) | L |
| 5. | WCF Bank | Rental property #2, Boone County, Iowa (Part VII, line 5) | K |
| 6. | Marriott | Timeshare | K |
| 7. | Farm Credit | Rental property #3, Harper County, Kansas (Part VII, line 6) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mahoney, Kelly K.E.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Vision Bank cash accounts | A | Interest | K | T | | | | | |
| 2.  WCF Bank cash accounts | A | Interest | J | T | | | | | |
| 3.  Visionbanc Shares | D | Dividend | K | U | | | | | |
| 4.  Rental property #1, Boone County, Iowa | C | Rent | L | R | | | | | |
| 5.  Rental property #2, Boone County, Iowa | C | Rent | K | R | | | | | |
| 6.  Rental property #3, Harper County, Kansas | D | Rent | M | R | | | | | |
| 7.  College America 529 - American Funds Global Growth Portfolio Class A | D | Dividend | K | T | | | | | |
| 8.  401(k) #1 (three funds listed in 9-11 below): | | | | | | | | | |
| 9.  ABA Retirement Funds Large-Cap Index Equity Fund | C | Dividend | K | T | | | | | |
| 10.  ABA Retirement Funds Small-Mid-Cap Index Equity Fund | B | Dividend | M | T | | | | | |
| 11.  ABA Retirement Funds International Index Equity Fund | C | Dividend | K | T | | | | | |
| 12.  IRA #1: American Funds Global Growth Portfolio Class A | E | Dividend | M | T | | | | | |
| 13.  Roth IRA #1: American Funds Global Growth Portfolio Class A | E | Dividend | L | T | | | | | |
| 14.  Roth IRA #2: American Funds Global Growth Portfolio Class A | D | Dividend | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions: The only asset of the trust for which I serve as trustee is not a reportable asset (primary residence).

Part VII. Investments:
Cost value method.
Rental property #1 (line 4): $65,000 on 05/13/11 (Parcel #1) and $50,000 on 05/27/15 (Parcel #2) (parcels since combined and collectively referred to as Rental Property #1)
Rental Property #2 (line 5):  $17,875 on 02/28/14
Rental Property #3 (line 6): $208,000 on 07/26/18

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kelly K.E. Mahoney**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544